DENISON COTTON MILL CO., Respondent, v. HERX & EDDY, Appellants. (Su-

preme Court, Appellate Division, First Department. December 3, 1915.) Action by the Denison Cotton Mill Company against Herx & Eddy. H. W. Baird, of New York City, for appellants. L. B. Eppstein, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SMITH, J., dissents. LAUGHLIN, J., dissents, and votes for reversal and new trial, unless plaintiff stipulates to reduce verdict to one-third.